14th Court of Appeals

Re: Edward R. Mawsone T.D.C# 437698

CASE# 14th-14th-00119-CV

Trial Case# 2012-24410

## Amended Motion to File For A Docket Statement in Rule 32.1-

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

AUG 24 2015

CHRISTOPHER A. PRINE
CLERK

To The Honorable Judge of Said Court; my Response to
Dear Clerk Christopher A. Prine; my Response to
you is Concerning a Request For a Docket Statement in Rule
32.1 (a) 1,2 (b)(c)(d)(e) 1,2 (f)(g)(h)(i)(j)(k) 1,2,3,4 (l) Also Rule 32.2 (a) 1,2
(b)(c)(d)(e)(f)(g)(h)(i)(j)(k)(l)(m)(n) 1,2,3,4 (o), because I am indigent
Against Supplemental statement in Rule 32.3 For Purpose of
Statement in Rule 32.4 For date of any hearing, For date of
any order, whether the Motion was Granted or denied
and any other information the Appellate Court Required
on disposition Related to merits on All other Claims.

8-20-15                                          Edward R. Mawsone
Date                                          Appellant Signature

## Certificate of Service Rule 9.5

The Appellant Edward R. Mawsone verify the statement made in this
Amended Affidavit of inability to Pay Court Costs and initial
Filing Fees without Prepayment of Fees to File Motion to File
For a Docket Statement in Rule 32.1 is true and correct
under the Penalty of Perjury 28 U.S.C.# 1746 For Purpose
of Mail Box Rule 4 (c) 1,2,3 (d) For the original and copies of
Records in Rule 9.3 (a)(b), Rule 12.4, Rule 12.5, Rule 12.6
Rule 34.5 (c), Rule 35.1 (c), Rule 35.2 (c), Rule 35.3 (b)(3)
Rule 37.3 (a)(b) For service in local Rule 10,11,12 (c) and
benefits.

Edward R. Mawsone
Appellant Signature

Edward R. Newsome
Bill Clement Unit
9601 Spur 591
Amarillo, TX 79107

Clerk Christopher A. Prine
14th Court of Appeals
301 Fannin Street Suite 245
Houston, Texas 77002

77002$2062